CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 20 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA , ABINGDON DIVISION

CHRIS VERNON BLEVINS, JR.
Plaintiff,

v.                                      No: 1:18-cv-00002-JPJ-PMS
                                        **JURY DEMANDED**

CABELA'S WHOLESALE, INC.
d/b/a "CABELA'S,"

WENDY BREWER, individually, and in her
official capacity as a police officer of the City of
Bristol, Virginia, and

PATRICIA ELLER, individually, and in her
official capacity as a police officer of the City of
Bristol, Virginia

Defendants.

### ORDER GRANTING MOTION TO WITHDRAW DOCUMENT

Upon motion of the plaintiff for to withdraw his motion for extension

of time to file responses to defendants Brewer and Eller's motions to

dismiss, on the grounds that he has now filed timely responses,  said motion

is **GRANTED**  and the motion for extension of  time ( ECF No. 21) is

withdrawn.

Entr: April 20, 2018

UNITED STATE DISTRICT JUDGE